ALBANY,
August, 1814.

M'INROY
v.
BENEDICT.

All the refe-
rees in a cause
must meet and
hear the alle-
gations and
proofs of the
parties; and a
report by two
of them, in that
case, is valid:
but where all
are duly noti-
fied, and one of
them does not
attend, and the
other two pro-
ceed to hear
the parties, and
make a report,
it is erroneous,
and will be set
aside. If one
of the parties,
after being du-
ly notified of
the time and
place of the
meeting of the
referees, does
not attend, the
referees may
proceed to hear
the proofs in
the case, in his
absence, ex
parte.

## M'INROY against BENEDICT.

A MOTION was made to set aside the report of referees in this cause. The report was made by two only of the three referees appointed by the rule of court. The other referee was duly notified of the time and place of meeting, but did not attend; and the other two referees, in the absence of the plaintiff, proceeded, *ex parte*, in the examination, and reported in favour of the defendant. Several other exceptions were taken, to the report of which the court did not take notice.

*Per Curiam.* The only objection made to the report of the referees, which we think necessary to notice, is, that it was made by two only in the absence of the third, who had not attended, or heard the proofs. As due notice of the time and place of meeting had been given by the plaintiff, his absence would have formed no objection to the proceedings, had all the referees attended. But this, we think, a fatal objection. It is necessary that all should meet, and hear the proofs; and then the report of any two is valid. This appears, necessarily, to result from the phraseology of the act, which, after directing the manner in which the referees are to be appointed, or agreed upon, declares, that the referees finally fixed on shall hear and examine the matters in controversy, &c. This appears to be imperative upon all to meet, and hear the proofs; and such has been the interpretation uniformly given to the statute. The report must, accordingly, be set aside, and other referees appointed.

*Motion granted.*